## CRIMINAL CAUSE FOR GUILTY PLEA

**BEFORE Magistrate Judge Go**   Date: 12/18/2014   Time: 35 min.

Case No.: 14-CR-278 (SLT)

DEFENDANT'S NAME: Gene Thornhill
  X present   ___ not present   ___ custody   x bail

DEFENSE COUNSEL: Chase Scolnick
  X present   ___ not present   ___ CJA   ___ RET   x FED DEF.

DEFENDANT'S NAME: Tina Thornhill
  X present   ___ not present   ___ custody   x bail

DEFENSE COUNSEL: Sanford Talkin
  X present   ___ not present   x CJA   ___ RET   ___ FED DEF.

A.U.S.A.: Bryan Fields            CLERK: Lewis Hugh

FTR#: 3:17-3:52            INTERPRETER: _____

  X CASE CALLED      ___ DEFENDANT'S FIRST APPEARANCE

DEFENDANTS  X  SWORN   ___ ARRAIGNED   x  INFORMED OF RIGHTS
        ___ WAIVES TRIAL BEFORE DISTRICT COURT

  X  DEFENDANT GENE THORNHILL ENTERS **GUILTY PLEA TO COUNTS** 1 & 2
      OF THE INDICTMENT.

  X  DEFENDANT TINA THORNHILL ENTERS **GUILTY PLEA TO COUNT** 1 & 2
      OF THE INDICTMENT.

  X  SENTENCING WILL BE SET BY JUDGE TOWNES

  x  OTHER COMMENTS: AUSA Erin Argo, Special Agent Elaine Siladi, and Special Agent Rebecca Roskkowski also present with Government.

***PURSUANT TO THE CONSENTS TO PROCEED BEFORE **MAGISTRATE JUDGE GO**, DATED 12/18/2014, MAGISTRATE GO HAS ADMINISTERED THE ALLOCUTION PURSUANT TO F.R.C.P., RULE 11 AND A FINDING HAS BEEN MADE THAT THE PLEA WAS KNOWINGLY AND VOLUNTARILY MADE AND NOT COERCED. **MAGISTRATE JUDGE GO RECOMMENDS TO THE DISTRICT JUDGE THAT THE PLEA OF GUILTY SHOULD BE ACCEPTED. THE PLEA AGREEMENTS ARE MARKED AS COURT EXHIBITS 1 & 2.**

  X  REQUEST TRANSCRIPT FOR JUDGE TOWNES.